GARY M. RESTAINO
United States Attorney
District of Arizona

DIMITRA H. SAMPSON
Arizona State Bar No. 019133
Email: dimitra.sampson@usdoj.gov
W. VINNIE LICHVAR
Arizona State Bar No. 028112
Email: vinnie.lichvar@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 1 4 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Kendale Johnson,<br><br>　　　　　Defendant. | No. CR-23-8020-PCT-SPL (JZB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 1153, 113(a)(3) and 2<br>(CIR-Assault with a Dangerous Weapon and Aid and Abet)<br>Counts 1 and 6<br><br>18 U.S.C. §§ 1153, 113(a)(6) and 2<br>(CIR-Assault Resulting in Serious Bodily Injury and Aid and Abet)<br>Counts 2 and 7<br><br>18 U.S.C. §§ 1153, 1201(a) and 2<br>(CIR-Kidnapping and Aid and Abet)<br>Count 3<br><br>18 U.S.C. §§ 2119(2) and 2<br>(Carjacking and Aid and Abet)<br>Counts 4 and 8<br><br>18 U.S.C. §§ 924(c)(1)(A)(i)(ii)(iii) and 2<br>(Use and Discharge of a Firearm During and in Relation to a Crime of Violence and Aid and Abet<br>Count 5 |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about July 5, 2021, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian County, the defendant, KENDALE JOHNSON, an Indian, with others known and unknown to the Grand Jury, did intentionally and knowingly assault C. C., with a dangerous weapon, that is, a firearm, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153, 113(a)(3), and 2.

## COUNT 2

On or about July 5, 2021, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, KENDALE JOHNSON, an Indian, with others known and unknown to the Grand Jury, did intentionally, knowingly, and recklessly assault C. C., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153, 113(a)(6), and 2.

## COUNT 3

On or about July 5, 2021, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, KENDALE JOHNSON, an Indian, with others known and unknown to the Grand Jury, did unlawfully seize, confine, and kidnap the victim, C. C., and hold her against her will.

In violation of Title 18, United States Code, Sections 1153, 1201(a), and 2.

## COUNT 4

On or about July 5, 2021, in the District of Arizona, the defendant, KENDALE JOHNSON, with others known and unknown to the Grand Jury, with the intent to cause death and serious bodily harm, took a motor vehicle, that is, a red 2007 Chevrolet Silverado, Arizona license plate ALC0764VIN ending in 85234, that had been transported, shipped, and received in interstate and foreign commerce, from C.C., by force, violence, and intimidation, resulting in serious bodily injury to C.C.

In violation of Title 18, United States Code, Section 2119(2) and 2.

.

### COUNT 5

On or about July 5, 2021, in the District of Arizona, the defendant, KENDALE JOHNSON, with others known and unknown to the Grand Jury, did knowingly use, carry, brandish, and discharge a firearm during and in relation to crimes of violence, and did knowingly possess, brandish, and discharge a firearm in furtherance of crimes of violence, that is CIR-Assault with a Dangerous Weapon as alleged in Count 1 and Carjacking as alleged in Count 4, felony crimes prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i)(ii)(iii), and 2.

### COUNT 6

On or about May 16, 2021, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian County, the defendant, KENDALE JOHNSON, an Indian, with others known and unknown to the Grand Jury, did intentionally and knowingly assault J. W., with a dangerous weapon, that is, bear pepper spray, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153, 113(a)(3), and 2.

### COUNT 7

On or about May 16, 2021, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, KENDALE JOHNSON, an Indian, with others known and unknown to the Grand Jury, did intentionally, knowingly, and recklessly assault J. W., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153, 113(a)(6), and 2.

### COUNT 8

On or May 16, 2021, in the District of Arizona, the defendant, KENDALE JOHNSON, with others known and unknown to the Grand Jury, with the intent to cause death and serious bodily harm, took a motor vehicle, that is, a silver 2019 Subaru Forester, California license plate 8JUB340, VIN ending in 505861, that had been transported, shipped, and received in interstate and foreign commerce, from J.W., by force, violence, and intimidation, resulting in serious bodily injury to J.W.

In violation of Title 18, United States Code, Section 2119(2) and 2.

A TRUE BILL

*S/*
FOREPERSON OF THE GRAND JURY
Date: February 14, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

*S/*
DIMITRA H. SAMPSON
W. VINNIE LICHVAR
Assistant U.S. Attorneys